# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARLAND R. BAKER, | ) | No. CV 03-4524-DSF(CW) |
| | ) | |
| Plaintiff, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN TURNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: 9/23/09

_____
DALE S. FISCHER
United States District Judge